IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JORGE PUENTES,

    Plaintiff,

v.                              Civil Action No. 3:14CV54

VIRGINIA DEPT OF CORRECTIONS, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on February 20, 2014, the Court conditionally docketed the action. Jorge Puentes requested leave to proceed in forma pauperis. By Memorandum Order entered on April 9, 2014, the Court directed Puentes to pay an initial partial filing fee of $27.40 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Puentes has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Puentes is not entitled to proceed in forma pauperis. Puentes's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

Should Puentes desire to appeal, written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of


appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Memorandum Opinion to Puentes.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: May 20, 2014
Richmond, Virginia

2